IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROBERT PAIGE LEE,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | 1:13CV108<br>1:09CR382-1 |

ORDER

On April 30, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636. Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation [Doc. #37] is hereby adopted.

IT IS THEREFORE ORDERED that this action is transferred to the United States District Court for the Eastern District of North Carolina for further screening and/or further proceedings.

This, the 6th day of June, 2013.

                  /s/ James A. Beaty
                  United States District Judge